```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0259--CV (RRB)
            "DONNA PATE V PRINCESS CRUISE LINES LTD ET AL"

         Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 10/25/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (2) Citizen of Another State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (340) Marine

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 10/25/04 receipt # 00124297
          Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1          PATE, DONNA                    Charles W. Ray Jr
                                                711 H Street, Suite 310
                                                Anchorage, AK 99501
                                                907-274-4839
                                                FAX 907-277-9414

DEF 1.1          PRINCESS CRUISE LINES LTD      Richard A. Helm
                                                Bookman & Helm LLP
                                                810 N Street, Suite 200
                                                Anchorage, AK 99501
                                                907-265-5793
                                                FAX 907-279-4851

DEF 2.1          TOUR ALASKA LLC                Richard A. Helm
                                                (see above)

DEF 3.1          ALASKA HOTEL PROPERTIES LLC    Richard A. Helm
                                                (see above)

DEF 4.1          ROYAL HYWAY TOURS INC          Richard A. Helm
                                                (see above)

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0259--CV (RRB)
           "DONNA PATE V PRINCESS CRUISE LINES LTD ET AL"

                          For all filing dates
```

```
Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
  Referral Rule:
          Filed: 10/25/04
         Closed: NO

   Jurisdiction: (4) Diversity (see citizenship of parties)
  PLF Diversity: (2) Citizen of Another State
  DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

 Nature of Suit: (340) Marine

         Origin: (2) Removed from State Court
         Demand:
     Filing fee: Paid $150.00 on 10/25/04 receipt # 00124297
       Trial by: Jury
```

```
Document #   Filed      Docket text

    1  -  1  10/25/04   DEF 1-4 Notice of Removal from state crt 3AN-04-8890CI w/att exhs.

    1  -  2  10/25/04   DEF 1-4 Jury Demand.

    2  -  1  10/27/04   RRB Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                        file w/i 10 days copies of state court docs and svc list. cc: cnsl

    3  -  1  11/08/04   DEF 1-4 Notice of filing copies of state court documents w/att docs.

    3  -  2  11/08/04   DEF 1-4 Service List.

    4  -  1  11/09/04   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord w/att draft S&P ord. cc: cnsl

    5  -  1  11/23/04   PLF 1 motion for remand to state court.

    6  -  1  12/06/04   DEF 1-4 opposition to PLF 1 motion for remand to state court (5-1).

    7  -  1  12/08/04   PLF 1 Notice re: the parties' conference.

    8  -  1  12/14/04   RRB Minute Order re crt's order at doc #4 re case scheduling & planning
                        hld in abeyance until the pending jurisdictional issus have been
                        resolved. cc: cnsl

    9  -  1  12/16/04   PLF 1 reply to opposition to PLF 1 motion for remand to state court
                        (5-1).

   10  -  1  12/20/04   RRB Minute Order denying motion for remand to state court (5-1). cc:
                        cnsl

   11  -  1  02/04/05   RRB Minute Order the parties shall proceed with the scheduling and
                        planning of this case and follow the procedures as directed in the
                        minute order at dkt 4.  cc: cnsl

   12  -  1  03/08/05   PLF 1 Report re: Scheduling and planning conference.

   13  -  1  03/14/05   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 01/03/06; Dispositive motions deadline 02/03/06; Estimate of
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A04-0259--CV (RRB)
                   "DONNA PATE V PRINCESS CRUISE LINES LTD ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | trial 6 days.  cc: cnsl |
| 14 - 1 | 03/29/05 | DEF 1-4 Disclosure Statement. |
| 15 - 1 | 03/31/05 | DEF 1-4 Preliminary Witness List. |
| 16 - 1 | 10/04/05 | PLF 1 Stipulation to extend time until 10/24/05 for expert disclosures and reports. |
| 16 - 2 | 10/05/05 | RRB Order granting stipulation to extend time until 10/24/05 for expert disclosures and reports (16-1).  cc: cnsl |
| 17 - 1 | 11/16/05 | DEF 1-4 motion to dismiss w/att memo & exhs. |
| 18 - 1 | 11/18/05 | Joint motion for status conference. |
| 19 - 1 | 11/29/05 | DEF 1-4 Notice of filing original aff of Dana Berger in support of defs' mot to dismiss. |