Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Plaintiff Donna Pate

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 NOV 30 PM 3: 25

PD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a Bermuda corporation, TOUR ALASKA, LLC, a Delaware corporation, ALASKA HOTEL PROPERTIES, LLC, a Delaware corporation, and ROYAL HYWAY TOURS, INC., an Alaska corporation all d/b/a PRINCESS TOURS and/or PRINCESS CRUISES,<br><br>Defendants. | Case No. A04-0259 CV (RRB)<br><br><br><br><br><br><br><br><br><br>STIPULATION FOR EXTENSION OF TIME |

Plaintiff and defendants, through their respective counsel of record, stipulate and agree that Plaintiff shall have until 6 December 2005 to oppose Defendants' Motion to Dismiss dated 14 November 2005.

DATED this 29th day of November, 2005.

LAW OFFICES OF CHARLES W. RAY, JR., P.C.
Lawyer for Plaintiff

By _____
Charles W. Ray, Jr., ABA# 8406048

Stipulation for Extension of Time
Pate v Princess Cruise, et al. A04-0259 CV (RRP)
Page 1 of 2    Pate 325.1    Stip.ext

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

20

DATED this 30th day of November, 2005.

            BOOKMAN & HELM, LLP
            Lawyers for Defendants

            By _____
               Bruce A. Bookman, ABA# 6802002
               for Richard Helm, ABA# 7011059

## ORDER

IT IS SO ORDERED this ____ day of _____, 2005.

**FILED**

DEC 0 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ PD _____ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof
CLERK OF COURT
Date: 12-1-05  By: _____
                            Deputy Clerk

PD 12-1-05

A04-0259--CV (RRB)
-------------------------------------------------
R. HELM
C. RAY JR (RAY)

Ralph R. Beistline
United States District Court Judge

---

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Stipulation for Extension of Time
Pate v Princess Cruise, et al. A04-0259 CV (RRP)
Page 2 of 2    Pate 325.1    Stip.ext