**FILED**

DEC 0 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ PD _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PATE  v.  PRINCESS CRUISE LINES, et al.

DATE:  December 2, 2005     CASE NO.   A04-0259 CV (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
STAYING SCHEDULING & PLANNING ORDER**

---

The deadlines set forth in the Court's Scheduling & Planning Order are stayed pending the resolution of the Defendants' Motion to Dismiss at Docket 17.

PD 12-6-05

A04-0259--CV (RRB)
--------------------------------------------------
R. HELM
C. RAY JR (RAY)

21

M.O. STAYING SCHEDULING & PLANNING ORDER