Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Plaintiff Donna Pate

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 3: 21

RD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE,<br><br>          Plaintiff,<br><br>   vs.<br><br>PRINCESS CRUISE LINES, LTD., a Bermuda corporation, TOUR ALASKA, LLC, a Delaware corporation, ALASKA HOTEL PROPERTIES, LLC, a Delaware corporation, and ROYAL HYWAY TOURS, INC., an Alaska corporation all d/b/a PRINCESS TOURS and/or PRINCESS CRUISES,<br><br>          Defendants. | Case No. A04-0259 CV (RRB)<br><br><br><br><br><br><br><br>STIPULATION FOR EXTENSION OF TIME |

Plaintiff and defendants, through their respective counsel of record, stipulate and agree that Plaintiff shall have until 12 December 2005 to oppose Defendants' Motion to Dismiss dated 14 November 2005.

DATED this 6th day of Dec, 2005.

LAW OFFICES OF CHARLES W. RAY, JR., P.C.
Lawyer for Plaintiff


By _____
Charles W. Ray, Jr.
ABA# 8406048

Stipulation for Extension of Time
Pate v Princess Cruise, et al. A04-0259 CV (RRP)
Page 1 of 2    Pate 325.1    Stip.ext

22

DATED this ____ day of December, 2005.

                BOOKMAN & HELM, LLP
                Lawyers for Defendants

                By _____
                Richard Helm
                ABA# 7011059

<u>ORDER</u>

IT IS SO ORDERED this ____ day of _____, 2005.

_____
Ralph R. Beistline
United States District Court Judge

**FILED**

**DEC 0 8 2005**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof
CLERK OF COURT
Date: 12-8-05   By: _____
                          Deputy Clerk

PD 12-8-05

A04-0259--CV (RRB)
-------------------------------------
R. HELM
C. RAY JR (RAY)

Stipulation for Extension of Time
Pate v Princess Cruise, et al. A04-0259 CV (RRP)
Page 2 of 2    Pate 325.1    Stip.ext

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414