Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Plaintiff Donna Pate

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 4: 32

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE,<br><br>            Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a Bermuda corporation, TOUR ALASKA, LLC, a Delaware corporation, ALASKA HOTEL PROPERTIES, LLC, a Delaware corporation, and ROYAL HYWAY TOURS, INC., an Alaska corporation all d/b/a PRINCESS TOURS and/or PRINCESS CRUISES,<br><br>            Defendants. | Case No. A04-0259 CV (RRB)<br><br><br><br><br><br><br><br><br><br><br>NOTICE OF FILING FACSIMILE<br>AFFIDAVIT OF DONNA PATE |

Plaintiff Donna Pate, through her lawyer Charles W. Ray, Jr., gives notice of the filing of a facsimile copy of the Affidavit of Donna Pate, which affidavit is filed in support of Plaintiff's Opposition to Motion to Dismiss. The original will be filed with the Court as soon as possible.

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Notice of Filing Facsimile Affidavit
Pate v Princess Cruise, et al. A04-0259 CV (RRB)
Page 1 of 2      Pate 325.1     Affidavit.notice

DATED this 12th day of December, 2005.

LAW OFFICES OF CHARLES W. RAY, JR., P.C.
Lawyer for Plaintiff

By _____
Charles W. Ray, Jr.
ABA# 8406048

I certify that on the 12th day of December, 2005, I caused a true and correct copy of the foregoing with attached affidavit to be sent via:

☒ U.S. Postal Service
☐ Facsimile
☐ Hand Delivery
☐ Other_____

to the following:

Richard Helm
Bookman & Helm, LLP
810 N St., Suite 200
Anchorage, AK 99501

By _____
Secretary to Charles W. Ray, Jr.

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Notice of Filing Facsimile Affidavit
Pate v Princess Cruise, et al. A04-0259 CV (RRB)
Page 2 of 2    Pate 325.1    Affidavit.notice

Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Plaintiff Donna Pate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE, ) | Case No. A04-0259 CV (RRB) |
| Plaintiff, ) | |
| vs. ) | |
| PRINCESS CRUISE LINES, LTD., a ) Bermuda corporation, TOUR ALASKA, ) LLC, a Delaware corporation, ) ALASKA HOTEL PROPERTIES, LLC, ) a Delaware corporation, and ROYAL ) HYWAY TOURS, INC., an Alaska ) corporation all d/b/a PRINCESS ) TOURS and/or PRINCESS CRUISES, ) Defendants. ) | **AFFIDAVIT OF DONNA PATE** |

STATE OF KANSAS         )
                                       ) ss.
JOHNSON COUNTY

      I, DONNA PATE, being first duly sworn, depose and state that, I am over the age of 18, and have personal knowledge of the following facts:

    1.    I am the plaintiff in this action.

    2.    I believe that when we boarded the ship in Seward, Alaska,

the day after I was hurt at the Mt. McKinley Princess Wilderness Lodge, my husband and I simply gave our tickets to ship personnel and were given in exchange plastic cards for leaving

3. We received the ticket from our travel agent only two or three days before our departure from Kansas City.

4. I, DONNA PATE, certify, under penalty of perjury, that no notary public or other official empowered to administer oaths is available to witness my signature, and that the statements contained in this affidavit are true and correct to the best of my knowledge, and that I signed said document voluntarily, and for the uses and purposes therein set forth.

DATED this _12_ day of December, 2005, at Olathe, Kansas.

_Donna Pate_
Donna Pate