FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 PM 3: 29

P.O

Richard A. Helm, Esq.
Bookman & Helm, LLP
810 N Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE,<br><br>      Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a Bermuda corporation, TOUR ALASKA, LLC, a Delaware corporation, ALASKA HOTEL PROPERTIES, LLC, a Delaware corporation, and ROYAL HYWAY TOURS, INC., an Alaska corporation all d/b/a PRINCESS TOURS and/or PRINCESS CRUISES,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Superior Court Case No. 3AN-04-8890 CI<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0259 CV (RRB) |

**STIPULATION FOR EXTENSION OF TIME**

The parties stipulate that defendants may have until December 23, 2005, in which to file their reply memorandum in response to plaintiff's Opposition to Motion to Dismiss.

LAW OFFICES OF CHARLES W. RAY, JR.
Attorneys for Plaintiff, Donna Pate

Dated: December 19, 2005    By: _____
      Charles W. Ray, Jr.
      Alaska Bar # 8406048

BOOKMAN & HELM, LLP
Attorneys for Defendants
Princess Cruise Lines, LTD, Tour Alaska, LLC,
Alaska Hotel Properties, LLC, Royal Hyway
Tours, Inc., all d/b/a Princess Tours and/or
Princess Cruises

Dated: 12-19-05    By: _____
      Richard A. Helm
      Alaska Bar # 7011059

BOOKMAN & HELM, LLP
Attorneys At Law
810 N Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

26

## ORDER

IT IS SO ORDERED that defendants shall have until December 23, 2005, to reply to plaintiff's Opposition to Motion to Dismiss.

DATED at Anchorage, Alaska this _____ day of _____, 2005.

_____
Ralph R. Beistline
Judge of the United States District Court

**FILED**

DEC 2 0 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ PD _____

This stipulation is approved, but is subject
to reconsideration by a judicial officer
within ten days from the date hereof
CLERK OF COURT
Date 12-20-05 by _____
            Deputy Clerk

BOOKMAN & HELM, LLP
Attorneys At Law
810 N Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

Title
*Pate v. Princess Cruise Lines, et al.*
Case No. A04-0259 CV                Page 2 of 2