FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 23 AM 11:16
PD

Richard A. Helm, Esq.
Bookman & Helm, LLP
810 N Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE, | ) |
| Plaintiff, | ) |
| vs. | ) |
| PRINCESS CRUISE LINES, LTD., a Bermuda corporation, TOUR ALASKA, LLC, a Delaware corporation, ALASKA HOTEL PROPERTIES, LLC, a Delaware corporation, and ROYAL HYWAY TOURS, INC., an Alaska corporation all d/b/a PRINCESS TOURS and/or PRINCESS CRUISES, | ) Superior Court Case No. 3AN-04-8890 CI |
| Defendants. | ) Case No. A04-0259 CV (RRB) |

### STIPULATION FOR EXTENSION OF TIME

The parties stipulate that defendants may have until December 30, 2005, in which to file their reply memorandum in response to plaintiff's Opposition to Motion to Dismiss.

LAW OFFICES OF CHARLES W. RAY, JR.
Attorneys for Plaintiff, Donna Pate

Dated: Dec. 23, 2005        By: _____
                                 Charles W. Ray, Jr.
                                 Alaska Bar # 8406048

BOOKMAN & HELM, LLP
Attorneys for Defendants
Princess Cruise Lines, LTD, Tour Alaska, LLC, Alaska Hotel Properties, LLC, Royal Hyway Tours, Inc., all d/b/a Princess Tours and/or Princess Cruises

Dated: 12/23/05        By: _____
                             Richard A. Helm
                             Alaska Bar # 7011059

BOOKMAN & HELM, LLP
Attorneys At Law
810 N Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

27

### ORDER

IT IS SO ORDERED that defendants shall have until December 30, 2005, to reply to plaintiff's Opposition to Motion to Dismiss.

DATED at Anchorage, Alaska this _____ day of _____, 20___.

_____
Ralph R. Beistline
Judge of the United States District Court

FILED

DEC 2 7 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ____PD____ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof
CLERK OF COURT
Date: 12-27-05 By: _____
Deputy Clerk

PD 12-27-05

A04-0259--CV (RRB)
------------------------------------------------
R. HELM
C. RAY JR (RAY)

BOOKMAN & HELM, LLP
Attorneys At Law
810 N Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

Stipulation for Extension of Time
*Pate v. Princess Cruise Lines, et al.*
Case No. A04-0259 CV                    Page 2 of 2