FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 AM 11: 17

Richard A. Helm, Esq.
Bookman & Helm, LLP
810 N Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DONA PATE,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a Bermuda corporation, TOUR ALASKA, LLC, a Delaware corporation, ALASKA HOTEL PROPERTIES, LLC, a Delaware corporation, and ROYAL HYWAY TOURS, INC., an Alaska corporation all d/b/a PRINCESS TOURS and/or PRINCESS CRUISES,<br><br>    Defendants. | Superior Court Case No. 3AN-04-8890 CI<br><br>Case No. A04-0259 CV (RRB) |

### REQUEST FOR ORAL ARGUMENT

Pursuant to D.Ak. LR 7.2, defendants request oral argument on their Motion to Dismiss filed on November 16, 2005.

DATED at Anchorage, Alaska this 30 day of December, 2005.

BOOKMAN & HELM, LLP
Attorneys for Defendants
Princess Cruise Lines, LTD, Tour Alaska, LLC, Alaska Hotel Properties, LLC, Royal Hyway Tours, Inc., all d/b/a Princess Tours and/or Princess Cruises

By: /s/ Richard Helm
Richard A. Helm
Alaska Bar # 7011059

BOOKMAN & HELM, LLP
Attorneys At Law
810 N Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

////

////

////

## ORDER

THIS COURT, having considered the request of defendants for oral argument on their Motion to Dismiss,

IT IS HEREBY ORDERED that oral argument on defendants' Motion to Dismiss is set before the undersigned on the ____ day of _____, 2006 at the hour of _____ __.m. in Courtroom _____.

DATED at Anchorage, Alaska this ____ day of _____, 2006.

Ralph R. Beistline
Judge of the United States District Court

I HEREBY CERTIFY that on this 30th day of December 2005, a true and correct copy of the foregoing document was served by first-class mail, postage pre-paid on:

Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, Alaska 99501

Lynda M. Hile

BOOKMAN & HELM, LLP
Attorneys At Law
810 N. Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

Request for Oral Argument
*Pate v. Princess Cruise Lines, et al.*
Case No. A04-0259 CV          Page 2 of 2