```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA


         DONNA PATE    v.   PRINCESS CRUISE LINES, et al.

DATE:    January 6, 2006       CASE NO.   A04-0259 CV (RRB)


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING ORAL ARGUMENT**
```

Oral argument (45 minutes) will be held on Defendants' Motion to Dismiss (Docket 17) on **Friday, January 27, 2006, at 10:30 a.m.**, in Courtroom 2.

M.O. SCHEDULING ORAL ARGUMENT