UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 DONNA PATE   v.   PRINCESS CRUISE LINES, LTD., et al. 


THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                         CASE NO.  A04-0259 CV (RRB) 

 John W. Erickson, Jr.                    DATE: January 19, 2006


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
**VACATING ORAL ARGUMENT**

---

      Having now thoroughly reviewed Defendants' Motion to Dismiss (Docket No. 17), as well as Plaintiff's opposition thereto (Docket No. 23), the Court concludes oral argument on the matter is neither necessary nor warranted.  Consequently, oral argument presently scheduled for Friday, **January 27, 2006, at 10:30 a.m.**, in Courtroom 2, is hereby **VACATED.**