Richard A. Helm, Esq.
Bookman & Helm, LLP
810 N Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PRINCESS CRUISE LINES, LTD., a Bermuda ) | |
| corporation, TOUR ALASKA, LLC, a ) | |
| Delaware corporation, ALASKA HOTEL ) | |
| PROPERTIES, LLC, a Delaware corporation, and ) | Superior Court Case No. 3AN-04-8890 CI |
| ROYAL HYWAY TOURS, INC., an Alaska ) | |
| corporation all d/b/a PRINCESS TOURS and/or ) | |
| PRINCESS CRUISES, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. A04-0259 CV |

**REQUEST FOR ENTRY OF JUDGMENT**

Pursuant to Rule 58(d) of the Rules of Civil Procedure, defendants request that judgment be entered in their favor. The Court granted defendants' motion to dismiss on January 26, 2006, Document 32-1. Rule 58(a)(1) requires that such a judgment be set forth on a separate document. A judgment form based on Form 32 is submitted with this request.

DATED at Anchorage, Alaska this ____ day of March, 2006.

                                         BOOKMAN & HELM, LLP
                                         Attorneys for Defendants
                                         Princess Cruise Lines, LTD, Tour Alaska, LLC,
                                         Alaska Hotel Properties, LLC, Royal Hyway
                                         Tours, Inc., all d/b/a Princess Tours and/or
                                         Princess Cruises

**BOOKMAN & HELM, LLP**
Anchorage, AK (907) 279-4851

By:_____
       Richard A. Helm
       Alaska Bar # 7011059

I HEREBY CERTIFY that on this _____
day of March 2006, a true and correct copy
of the foregoing document was served by
first-class mail, postage pre-paid on:

    Charles W. Ray, Jr.
    711 H Street, Suite 310
    Anchorage, Alaska 99501

_____
Lynda M. Hile

**BOOKMAN & HELM, LLP**
Anchorage, AK (907) 278-9851

Title
*Pate v. Princess Cruise Lines, et al.*
Case No. A04-0259 CV      Page 2 of 2