Richard A. Helm, Esq.
Bookman & Helm, LLP
810 N Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PRINCESS CRUISE LINES, LTD., a Bermuda ) | |
| corporation, TOUR ALASKA, LLC, a ) | |
| Delaware corporation, ALASKA HOTEL ) | |
| PROPERTIES, LLC, a Delaware corporation, and ) | Superior Court Case No. 3AN-04-8890 CI |
| ROYAL HYWAY TOURS, INC., an Alaska ) | |
| corporation all d/b/a PRINCESS TOURS and/or ) | |
| PRINCESS CRUISES, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No.  A04-0259 CV |

**ERRATA**

Defendants electronically filed a Request for Entry of Judgment on March 31, 2006, without attaching the proposed judgment.  The proposed judgment is being filed with the Errata and should be submitted with Defendants' Request for Entry of Judgment at Docket No. 33.

DATED at Anchorage, Alaska this _____ day of March, 2006.

                        BOOKMAN & HELM, LLP
                        Attorneys for Defendants
                        Princess Cruise Lines, LTD, Tour Alaska, LLC,
                        Alaska Hotel Properties, LLC, Royal Hyway
                        Tours, Inc., all d/b/a Princess Tours and/or
                        Princess Cruises

                        By: _____
                              Richard A. Helm
                              Alaska Bar # 7011059


I HEREBY CERTIFY that on this _____ day of March 2006, a true and correct copy of the foregoing document was served by first-class mail, postage pre-paid on:

    Charles W. Ray, Jr.
    711 H Street, Suite 310
    Anchorage, Alaska 99501

_____
Lynda M. Hile

BOOKMAN & HELM, LLP
Title
*Pate v. Princess Cruise Lines, et al.*
Case No. A04-0259 CV    Page 2 of 2