Richard A. Helm, Esq.
Bookman & Helm, LLP
810 N Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE,<br><br>        Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a Bermuda corporation, TOUR ALASKA, LLC, a Delaware corporation, ALASKA HOTEL PROPERTIES, LLC, a Delaware corporation, and ROYAL HYWAY TOURS, INC., an Alaska corporation all d/b/a PRINCESS TOURS and/or PRINCESS CRUISES,<br><br>        Defendants. | Superior Court Case No. 3AN-04-8890 CI<br><br>Case No.  A04-0259 CV |

## **JUDGMENT**

This action came before the Court, Honorable Ralph R. Beistline, District Judge, presiding, on defendants' Motion to Dismiss and the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED,

That the plaintiff take nothing, that the action be dismissed on the merits and that the defendants Princess Cruise Lines, Ltd., Tour Alaska, LLC, Alaska Hotel Properties, LLC and Royal Hyway Tours, Inc. recover of the plaintiff, Donna Pate, their costs of action in the amount of $_____.

Dated at Anchorage, Alaska, this ____ day of April, 2006.

BOOKMAN & HELM, LLP
Anchorage, Alaska 99501 (907) 279-4851

_____
Clerk of Court

I HEREBY CERTIFY that on this _____ day of March 2006, a true and correct copy of the foregoing document was served by first-class mail, postage pre-paid on:

      Charles W. Ray, Jr.
      711 H Street, Suite 310
      Anchorage, Alaska 99501

_____
Lynda M. Hile

**BOOKMAN & HELM, LLP**
Attorneys at Law
Anchorage, Alaska 99501-7579
(907) 278-8591

Judgment
*Pate v. Princess Cruise Lines, et al.*
Case No. A04-0259 CV      Page 2 of 2