Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Plaintiff Donna Pate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE, )<br>)<br>                Plaintiff, )<br>)<br>  vs. )<br>)<br>PRINCESS CRUISE LINES, LTD., a )<br>Bermuda corporation, TOUR ALASKA, )<br>LLC, a Delaware corporation, )<br>ALASKA HOTEL PROPERTIES, LLC,)<br>a Delaware corporation, and ROYAL )<br>HYWAY TOURS, INC., an Alaska )<br>corporation  all d/b/a PRINCESS )<br>TOURS and/or PRINCESS CRUISES, )<br>)<br>                Defendants. ) | Case No. 3:04-cv-00259-RRB<br><br><br><br><br><br><br><br><br>STIPULATION FOR EXTENSION<br>OF TIME |

        Plaintiff and defendants , through their respective counsel of record, stipulate and agree that Plaintiff shall have until 14 April 2006 to respond to Defendants' proposed form of judgment.

DATED 7 April 2006

/s/Charles W. Ray, Jr.
ABA# 8406048
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone:  (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
       craylaw@aol.com

Stipulation for Extension of Time
Pate v Princess Cruise, et al. A04-0259 CV (RRP)
Page 1 of 2         Pate 325.1    Stip.ext

/s/ Richard Helm
ABA# 7011059
BOOKMAN & HELM, LLP
Lawyers for Defendants
810 N St., Suite 200
Anchorage, AK 99501
(907) 265-5793
Fax: (907) 279-4851
rhelm@bookman-helm.com

Certificate of Service

I hereby certify that on 7 April 2006, a copy of the Stipulation for Extension of Time and proposed Order was served electronically on:

Richard Helm
Bookman & Helm, LLP
810 N St., Suite 200
Anchorage, AK 99501
lhile@bookman-helm.com
rhelm@bookman-helm.com

By: /s/ Charles W. Ray, Jr.

Stipulation for Extension of Time
Pate v Princess Cruise, et al. A04-0259 CV (RRP)
Page 2 of 2        Pate 325.1    Stip.ext