Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Plaintiff Donna Pate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE,<br><br>              Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a Bermuda corporation, TOUR ALASKA, LLC, a Delaware corporation, ALASKA HOTEL PROPERTIES, LLC, a Delaware corporation, and ROYAL HYWAY TOURS, INC., an Alaska corporation all d/b/a PRINCESS TOURS and/or PRINCESS CRUISES,<br><br>              Defendants. | Case No. 3:04-cv-00259-RRB<br><br><br><br><br><br>(~~PROPOSED~~) ORDER GRANTING STIPULATION FOR EXTENSION OF TIME |

IT IS SO ORDERED that Plaintiff shall have until 14 April 2006 to respond to Defendants' proposed form of judgment.

DATED this 7 day of April, 2006.

Ralph R. Beistline
United States District Court Judge

Order Granting Stipulation for Extension of Time
Pate v Princess Cruise, et al. A04-0259 CV (RRP)
Page 1 of 1     Pate 325.1     Stip.ord