Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Plaintiff Donna Pate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE,<br><br>              Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a Bermuda corporation, TOUR ALASKA, LLC, a Delaware corporation, ALASKA HOTEL PROPERTIES, LLC, a Delaware corporation, and ROYAL HYWAY TOURS, INC., an Alaska corporation all d/b/a PRINCESS TOURS and/or PRINCESS CRUISES,<br><br>              Defendants. | Case No. 3:04-cv-0259-RRB<br><br><br><br><br><br><br><br><br><br>NONOPPOSITION TO<br>FORM OF JUDGMENT |

        Plaintiff Donna Pate, through her lawyer Charles W. Ray, Jr., gives notice to the Court that she is not opposed to the form of judgment proposed by Defendants.

DATED 14 April 2006
/s/Charles W. Ray, Jr.
Law Offices of Charles W. Ray, Jr., P.C.
711 H Street, Suite 310
Anchorage, AK 99501
Phone: (907) 274-4839
Fax: (907) 277-9414
E-mail: dlcraylaw@acsalaska.net
       craylaw@aol.com
ABA# 8406048

---

Nonopposition to Form of Judgment
Pate v Princess Cruise, et al. A04-0259 CV (RRB)
Page 1 of 2     Pate 325.1     Nonopp.judgment

CERTIFICATE OF SERVICE

I hereby certify that on 14 April 2006, a copy of [document] was served electronically and via the U.S. Postal Service on:

Richard Helm
Bookman & Helm, LLP
810 N St., Suite 200
Anchorage, AK 99501
rhelm@bookman-helm.com


By: /s/ Charles W. Ray, Jr.

Nonopposition to Form of Judgment
Pate v Princess Cruise, et al. A04-0259 CV (RRB)
Page 2 of 2     Pate 325.1     Nonopp.judgment