Richard A. Helm, Esq.
Bookman & Helm, LLP
810 N Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| PRINCESS CRUISE LINES, LTD., a Bermuda corporation, TOUR ALASKA, LLC, a Delaware corporation, ALASKA HOTEL PROPERTIES, LLC, a Delaware corporation, and ROYAL HYWAY TOURS, INC., an Alaska corporation all d/b/a PRINCESS TOURS and/or PRINCESS CRUISES, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) Case No. 3:04-cv-00259-RRB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties stipulate that this case may be dismissed with prejudice, each party to bear its own costs and fees.

Dated: April 17, 2006    /s/ Charles W. Ray, Jr. (permission by telephone)
ABA # 8406048
E-mail: dlcraylaw@acsalaska.net
craylaw@aol.com


Dated: April 17, 2006    /s/ Richard A. Helm
ABA # 7011059
E-mail: lhile@bookman-helm.com
rhelm@bookman-helm.com