Richard A. Helm, Esq.
Bookman & Helm, LLP
810 N Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 265-5793
Facsimile: (907) 279-4851

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| DONNA PATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PRINCESS CRUISE LINES, LTD., a Bermuda | ) |
| corporation, TOUR ALASKA, LLC, a | ) |
| Delaware corporation, ALASKA HOTEL | ) |
| PROPERTIES, LLC, a Delaware corporation, and | ) |
| ROYAL HYWAY TOURS, INC., an Alaska | ) |
| corporation all d/b/a PRINCESS TOURS and/or | ) |
| PRINCESS CRUISES, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:04-cv-00259-RRB |

### ORDER AND JUDGMENT OF DISMISSAL

Pursuant to the stipulation of the parties, this case is dismissed with prejudice. Each party

shall bear its own costs and fees. This order shall constitute a judgment of dismissal.

DATED at Anchorage, Alaska this _____ day of April, 2006.


_____
Ralph R. Beistline
Judge of the U.S. District Court of Alaska

I HEREBY CERTIFY that on this _____
day of April 2006, a true and correct copy
of the foregoing document was served
electronically and via first-class mail,
postage pre-paid on:

Charles W. Ray, Jr.
711 H Street, Suite 310
Anchorage, Alaska 99501
craylaw@aol.com
dlcraylaw@acsalaska.net

By: /s/ Richard A. Helm